1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                        **DISTRICT OF NEVADA**
6
7  CARLA VAN PELT,                     )      3:11-cv-00061-HDM-VPC
                                       )
8                  Plaintiff,          )
                                       )      ORDER
9  vs.                                 )
                                       )
10 STATE OF NEVADA, ex rel. ITS        )
   DEPARTMENT OF CORRECTIONS,          )
11                                     )
                   Defendant.          )
12 _____    )

13      On September 21, 2012, the court ordered the plaintiff to, on

14 or before October 19, 2012, file proof that service has been made

15 on the State of Nevada in compliance with Nev. Rev. Stat. § 41.031.

16 Plaintiff has failed to do so.  Accordingly, the plaintiff shall

17 have until November 13, 2012, to file proof of proper service or to

18 show cause why the court should not impose sanctions, including a

19 possible dismissal of this action, for failure to respond to the

20 order of the court.  Fed. R. Civ. P. 41(b); *Hells Canyon*

21 *Preservation Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th

22 Cir. 2005).

23      IT IS SO ORDERED.

24      DATED: This 29th day of October, 2012.

25
                        _Howard D. McKibben_
26                      _____
                        UNITED STATES DISTRICT JUDGE
27
28