**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CARLA VAN PELT, | ) | 3:11-cv-00061-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| STATE OF NEVADA, ex rel. ITS DEPARTMENT OF CORRECTIONS, | ) | |
| Defendant. | ) | |

On September 21, 2012, the court ordered the plaintiff to, on or before October 19, 2012, file proof that service has been made on the State of Nevada in compliance with Nev. Rev. Stat. § 41.031. Plaintiff has failed to do so. Accordingly, the plaintiff shall have until November 13, 2012, to file proof of proper service or to show cause why the court should not impose sanctions, including a possible dismissal of this action, for failure to respond to the order of the court. Fed. R. Civ. P. 41(b); *Hells Canyon Preservation Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005).

IT IS SO ORDERED.

DATED: This 29th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE