1
2
3
4                          **UNITED STATES DISTRICT COURT**
5                              **DISTRICT OF NEVADA**
6
7    CARLA VAN PELT,                    )        3:11-cv-00061-HDM-VPC
                                        )
8                  Plaintiff,           )
                                        )        ORDER
9    vs.                                )
                                        )
10   STATE OF NEVADA, ex rel. ITS       )
     DEPARTMENT OF CORRECTIONS,         )
11                                      )
                   Defendant.           )
12   _____)

13        On September 25, 2012, the plaintiff in a timely manner

14   complied with the court's order of September 21, 2012, and filed

15   proof of service on the State of Nevada in compliance with Nev.

16   Rev. Stat. § 41.031.  Accordingly, the court's order to show cause

17   issued on October 29, 2012, is hereby **VACATED** and expunged as

18   improvidently entered.  This matter will be set for trial on the

19   plaintiff's remaining claim at a date and time convenient to the

20   parties and the court.

21        IT IS SO ORDERED.

22        DATED: This 1st day of November, 2012.

23
                                    _Howard D. McKibben_
24                          _____
                                 UNITED STATES DISTRICT JUDGE
25
26
27
28