1
2
3
4                    **UNITED STATES DISTRICT COURT**

5                       **DISTRICT OF NEVADA**

6

7   CARLA VAN PELT,                    )      3:11-cv-00061-HDM-VPC
                                       )
8                    Plaintiff,        )
                                       )      ORDER
9   vs.                                )
                                       )
10  STATE OF NEVADA, ex rel. ITS       )
    DEPARTMENT OF CORRECTIONS,         )
11                                     )
                     Defendant.        )
12  _____   )

13        On September 25, 2012, the plaintiff in a timely manner

14  complied with the court's order of September 21, 2012, and filed

15  proof of service on the State of Nevada in compliance with Nev.

16  Rev. Stat. § 41.031.  Accordingly, the court's order to show cause

17  issued on October 29, 2012, is hereby **VACATED** and expunged as

18  improvidently entered.  This matter will be set for trial on the

19  plaintiff's remaining claim at a date and time convenient to the

20  parties and the court.

21        IT IS SO ORDERED.

22        DATED: This 1st day of November, 2012.

23

24                              _____
                                UNITED STATES DISTRICT JUDGE
25

26

27

28