1
2
3
4
5
6
7
8
9
10                    **UNITED STATES DISTRICT COURT**
11                          **DISTRICT OF NEVADA**
12
13  CARLA VAN PELT,                    )    3:11-cv-00061-HDM-VPC
                                       )
14             Plaintiff,              )
                                       )    ORDER
15  vs.                                )
                                       )
16  STATE OF NEVADA, ex rel. ITS       )
    DEPARTMENT OF CORRECTIONS,         )
17                                     )
               Defendant.              )
18  _____    )

19     As set forth on the record on Tuesday, March 26, 2013, the
20  plaintiff and the defendant entered into a stipulated settlement of
21  all of plaintiff's claims except as hereinafter set forth.
22  Pursuant to the stipulation, the plaintiff moved to dismiss with
23  prejudice her Title VII retaliation claim, her First Amendment
24  retaliation claim, any other First Amendment claim that can be read
25  as asserted in her second amended complaint (#22), and any claim of
26  hostile work environment/sexual harassment.  The plaintiff reserved
27  the right to appeal only that portion of the court's order of
28  September 21, 2012, granting summary judgment on her Title VII

                                    1

gender discrimination/disparate treatment claim relating to her alleged failure to timely file log books. Accordingly, pursuant to the terms of the settlement, the court hereby orders that judgment be entered as follows:

    1. All retaliation claims asserted in plaintiff's second amended complaint (#22), including her Title VII and First Amendment retaliation claims, and any other First Amendment claim in the second amended complaint, are **DISMISSED WITH PREJUDICE;**

    2. Any claim of Title VII sexual harassment is **DISMISSED WITH PREJUDICE;** and

    3. Plaintiff shall not be precluded from appealing this court's order on summary judgment relating solely to her Title VII disparate treatment/gender discrimination claim involving the allegation that she was treated differently than similarly situated males who had allegedly also not properly completed log books.

    Each party shall bear their own costs and fees with respect to those claims that have been dismissed with prejudice pursuant to the parties' stipulated settlement. The clerk of the court shall enter judgment accordingly.

    **IT IS SO ORDERED.**

    DATED: This 3rd day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE